UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON. PATRICK J. DUGGAN
CASE NO. 10-20376

UNITED STATES OF AMERICA,

-V-

CARLOS BERRYHILL,

_____/

ORDER GRANTING MOTION TO SUPPRESS

At a session of said Court, held in the U.S. District Courthouse, Eastern District of Michigan, on August 9, 2010.

This matter is before the Court on Defendant's Motion to Suppress. For the reasons stated on the record on August 9, 2010;

IT IS ORDERED that the Motion to Suppress be and the same is hereby GRANTED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: August 9, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 9, 2010, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager